# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joshua Ellison,

        Plaintiff,                  Civil No:  07-4119 PAM/JSM

v.

Atlantic Periodical Sales, Inc., a Delaware Corporation,
James Everett Marcus Cranmer, an individual,
Lamb Sales, Inc. and Richard A. Lamb, individually
and d/b/a Lamb Sales, Inc.,
Beam Sales, Inc. and Melanie A. Beam, individually
and d/b/a Beam Sales, Inc.

        Defendants.

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE
_____

      The Stipulation of Voluntary Dismissal, having been presented to the Court on June  9, 2008 on behalf of Plaintiff dismissing the remaining parties herein.

      **IT IS HEREBY ORDERED** that all claims alleged by Plaintiff against all remaining Defendants are hereby dismissed with prejudice, on their merits and without costs, disbursements or attorney's fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

      Dated this 11th day of June, 2008.

                                            s/Paul A. Magnuson
                                            The Honorable Paul A. Magnuson
                                            Judge of United States District Court