## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Joshua Ellison,<br><br>            Plaintiff,<br><br>v.<br><br>Atlantic Circulation, Inc., a Delaware Corporation, Atlantic Periodical Sales, Inc., A Delaware Corporation, Dan Shoemaker, an individual, and James Everett Marcus Cranmer, and individual, Lamb Sales, Inc., and Richard A. Lamb, individually, and d/b/a Lamb Sales, Inc., Beam Sales, Inc., and Melanie A. Beam, and d/b/a Beam Sales, Inc.<br><br>            Defendants. | Court File No: 07-cv-4119 (PAM/JSM)<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

The Stipulation of Dismissal of Defendant Atlantic Circulation, Inc., having been filed with the Court on April 24, 2008, and agreed to by and between Plaintiff Joshua Ellison and Defendant Atlantic Circulation, Inc., through their respective undersigned attorneys.

**IT IS HEREBY ORDERED** that all claims alleged by Plaintiff against Defendant Atlantic Circulation, Inc., is hereby dismissed with prejudice, on the merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated this __23rd__ day of June, 2008.

                                                      s/Paul A. Magnuson<br>
                                                      The Honorable Paul A. Magnuson<br>
                                                      Judge of United States District Court